■ In the Matter of GENNADY LVOVSKY, Petitioner, v DUANE HART, a Justice of the Supreme Court, Queens County, et al., Respondents. [17 NYS3d 660]—Proceeding pursuant to CPLR article 78, inter alia, in the nature of prohibition to prohibit the respondent Duane Hart, a Justice of the Supreme Court, Queens County, from presiding over an action entitled *Lvovsky v Breznan* (Sup Ct, Queens County, index No. 706107/13).

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioner failed to demonstrate a clear legal right to the relief sought. Hall, J.P., Sgroi, Cohen and Maltese, JJ., concur.